UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE RETTA BOLLON,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 09-cv-15035
Hon. Anna Diggs Taylor
Magistrate Judge Mark A. Randon

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION (DKT #14)

This matter is before the court on Magistrate Judge Mark A. Randon's Report and Recommendation of October 8, 2010, recommending that Defendant's Motion for Summary Judgment be granted and Plaintiff's Motion for Summary Judgment be denied.

The court has reviewed the file, Plaintiff's Objection, Defendant's Response, and the Magistrate Judge's Report and Recommendation. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

THEREFORE, the court will accept the Magistrate's Report and Recommendation of October 8, 2010, as the findings and conclusions of this court.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Randon's Report and Recommendation of October 8, 2010, is ACCEPTED and ADOPTED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's Motion for Summary Judgment is **DENIED**.

**IT IS SO ORDERED.**

DATED: December 6, 2010

        **s/Anna Diggs Taylor**
        ANNA DIGGS TAYLOR
        UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on December 6, 2010.

                                                  s/Johnetta M. Curry-Williams  
                                                Case Manager